COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     G. R. Auto Care, Radita Gheorghe, and Laurentio Gheorghe
                         v. Proem Design-Build, Inc. Jake Emery, and Keith Messick

Appellate case number:   01-17-00243-CV

Trial court case number: 2015-35904C

Trial court:             190th District Court of Harris County

Appellants, G. R. Auto Care, Radita Gheorghe, and Laurentio Gheorghe, have filed a "Motion for Leave to File Clerk's Record in Related Case." The motion is **granted**.

Accordingly, the Clerk of this Court is directed to copy the supplemental clerk's records, filed on June 26, 2017, in No. 01-17-00068-CV, and file the copies in No. 01-17-00243-CV.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually    ☐ Acting for the Court

Date: July 18, 2017